TERESA C. FRATARCANGELO, an Infant, by PIETRO FRATARCANGELO, Her Guardian ad Litem, Respondent, v. ELMIRA, CORNING AND WAVERLY RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Sears, J., who dissents and votes for reversal on the law on the ground that there was error in granting the request to charge. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Application of MATHEW E. SHANNON and WINFIELD S. CLOUGH for an Order Restraining JOHN BERTRAM, as President, etc., of the Village of Bath, New York, etc., from Taking Further Proceedings to Hold an Election upon Certain Propositions in the Village of Bath, New York, on March 6, 1928.— Order modified by reducing the costs to ten dollars and as modified affirmed, without costs of this appeal to any party, on the ground that the procedure taken to raise the questions argued is without warrant of law. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

WALTER W. BUXTON, Appellant, v. BANK OF BATAVIA, Respondent.— Judgment and order reversed on the law and a new trial granted, with costs to appellant to abide event on the ground that the evidence presented a question of fact as to whether or not the note in question was issued and delivered for a valuable consideration. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MICHAEL KOCAJ, Appellant, v. ANDRO STEFANIAK and KATIE STEFANIAK, Respondents.— Judgment reversed on the law and facts, with costs, and judgment of foreclosure and sale granted in favor of plaintiff, with costs, upon the ground that there is no evidence to sustain a finding that plaintiff violated any part of the provisions of article 12-A of the Real Property Law, particularly in any manner such as to furnish respondents a defense to this action. Certain findings of fact and conclusions of law disapproved and reversed and new findings and conclusions made. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

In the Matter of the Estate of MARY COUGHLIN SHEA, Deceased.— Decree affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

CHARLES W. MAYER, Respondent, v. NEW YORK CANNERS, INC., Appellant.— Judgment and order reversed on the law and a new trial granted, with costs to appellant to abide event, on the ground that the submission of defendant's negligence to the jury on the theory that a defect in the lamp was the proximate cause of the fire was error; the case was not tried on that theory and the record is barren of evidence on the subject. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

EDITH E. PARR, Respondent, v. THE MARINE TRUST COMPANY OF BUFFALO, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ROY E. DURKIN, Respondent, v. ALBERT ELIA, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ALTON T. MANNING, Appellant, v. HARRISON L. CHAPIN, Doing Business under the Assumed Name of PRECISE MANUFACTURING COMPANY, Respondent.— Judgment reversed on the law and a new trial granted, with costs to appellant to